THREADGILL *et al.* v. CITY OF COALGATE *et al.*

No. 5121.   Opinion Filed September 21, 1915.

Rehearing Denied February 29, 1916.

(155 Pac. 241.)

**APPEAL AND ERROR—Record—Certificate.** The Supreme Court will not review errors assigned upon the record in the absence of a certificate of the clerk showing that the same is a full, true, and correct transcript of the record.

(Syllabus by Watts, C.)

*Error from District Court, Coal County;*
*Robt. M. Rainey, Judge.*

Action by C. M. Threadgill and others against the City of Coalgate and others. Judgment for defendants, and plaintiffs bring error. Dismissed.

*C. M. Threadgill* and *Fooshee & Brunson,* for plaintiffs in error.

*Trice & Moore,* for defendants in error.

Opinion by WATTS, C.   This case comes from the district court of Coal county, where a demurrer was sustained to plaintiffs' petition on March 31, 1913. Plaintiffs declined to plead further, judgment went for defendants on pleadings, and plaintiffs appeal, assigning: "The court erred in sustaining the demurrer of defendants to the petition."

The certificate to the transcript of the record is not signed by the clerk of the court, neither is the seal thereof attached, and there is therefore nothing before us for decision.

"The Supreme Court will not review errors assigned upon the record in the absence of a certificate of the clerk

showing that the same is a full, true, and correct transcript of the record." (*Hughes v. Martin*, 43 Okla. 710, 144 Pac. 356.)

We therefore recommend that the attempted appeal be dismissed.

By the Court: It is so ordered.